JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN ITKOFF, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABC PHONES OF NORTH CAROLINA, INC., a North Carolina corporation dba A WIRELESS; and DOES 1-50, inclusive,<br><br>Defendant. | CASE NO.: 8:17-cv-02043-JLS-JDE<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND** |

# ORDER

Pursuant to the parties' Stipulation, **IT IS ORDERED:**

1. This action is remanded to the Superior Court of Orange County, 30-02017-00947398.

Dated: July 28, 2020

_____

Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE

1